UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Mag. No. 1:11-mj-23 |
| | ) | |
| PASCUAL RAMIREZ-RAMIREZ | ) | JUDGE CARTER |

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the initial appearance, was held in this action on February 3, 2011. Those present included:

(1) AUSA James Brooks for the United States of America.
(2) The defendant, PASCUAL RAMIREZ-RAMIREZ.
(3) Attorney Jay Clements for defendant.
(4) Deputy Clerk Barbara Lewis.

Upon being sworn the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Brooks moved the court for an order detaining the defendant. The defendant waived his detention hearing and preliminary hearing, reserving the right to ask for a detention hearing at a later date.

Findings

Based on the sworn Affidavit/Complaint and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds:

(1) There is probable cause to believe that there have been violations of 18 U.S.C. § 371 and 1028(a)(1), conspiracy to commit an offense against the United States, that is, to knowingly and without lawful authority produce an identification document in and affecting interstate commerce, and one or more of the co-conspirators committed overt acts to effect the object of the conspiracy, committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

Conclusions

It is therefore ORDERED:

(1) The defendant is DETAINED without bail.

(2) The defendant's next appearance shall be before the undersigned U.S. Magistrate Judge at **11:00 a.m. on Wednesday, February 9, 2011**, for an arraignment.

ENTER.

                                                    *s/William B. Mitchell Carter*
                                                    UNITED STATES MAGISTRATE JUDGE